## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | | |
|---|---|---|
| ARKANSAS EMERGENCY TRANSPORT, LLC | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| VS. | * | NO: 4:07CV00651 SWW |
| | * | |
| CITY OF SHERWOOD, ARKANSAS and BILL HARMON, in his official capacity as Mayor of the City of Sherwood, Arkansas and individually | * * * * | |
| | * | |
| Defendants | * | |

## ORDER

Before the Court is the parties' stipulation of dismissal without prejudice as to Plaintiff's claims against Separate Defendant Bill Harmon in his individual capacity. The Court treats the stipulation as a motion for partial dismissal. The motion (docket entry #68) is GRANTED, and Plaintiff's individual capacity claims against Defendant Harmon are DISMISSED WITHOUT PREJUDICE. Plaintiff's official capacity claim against Defendant Harmon remains.

IT IS SO ORDERED THIS 16TH DAY OF JANUARY, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE